David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Carrie R. McBride,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:15-cv-01895-JAD-GWF (consolidated with 2:15-cv-02004-GMN-NJK)<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

   Plaintiff Carrie R. McBride and Experian information Solutions, Inc. ("Experian") hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

Page **1** of **2**

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            February 8, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bob L. Olson, Esq. |
| David H. Krieger, Esq. | Bob L. Olson, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | *Attorney for Defendant Experian* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

The court construes this stipulation to dismiss plaintiff's claims against Experian Information Solutions, Inc. with prejudice **[ECF 26] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case.  Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF 26] is GRANTED, and all claims against Experian Information Solutions, Inc. are DISMISSED with prejudice,** each party to bear its own fees and costs.

Dated:  February 9, 2016.

_____
UNITED STATES DISTRICT JUDGE