David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Carrie R. McBride,<br><br>        Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | **Case No. 2:15-cv-01895-JAD-GWF**<br>**(Consolidated with 2:15-cv-02004-GMN-NJK)**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO GREEN TREE SERVICING, LLC ONLY** |

Plaintiff Carrie R. McBride and Green Tree Servicing, LLC ("Green Tree") hereby stipulate and agree that the above-entitled action shall be dismissed without

…

…

…

…

…

…

Page **1** of **2**

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Green Tree**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            February 19, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Gary E. Schnitzer, Esq. |
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Kravits, Schnitzer & Johnson |
| HAINES & KRIEGER, LLC | *Attorney for Defendant* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

### ORDER

Based on the stipulation of McBride and Green Tree (the only remaining defendant in this action), and with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that all claims against Green Tree are DISMISSED without prejudice, each side to bear its own fees and costs.  The Clerk of Court is instructed to CLOSE THIS CASE.

Dated:  February 22, 2016.

_____
UNITED STATES DISTRICT JUDGE